UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20775-CR-GOLD

IN RE SEALED INDICTMENT
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the superseding indictment, arrest warrants, and any resulting order be SEALED until the arrest of the defendants or until further order of this court, excepting the United States Attorney's Office which may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reason that the named defendant may go into hiding in Portugal and the safety of certain witnesses could be compromised should knowledge of this indictment become public.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
MATTHEW S AXELROD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. A5500771
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9021  Office
(305) 536-4675  Facsimile
matthew.axelrod@usdoj.gov