UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

07 CASE NO. 20775 CR - GOLD  MAGISTRATE

18 U.S.C. § 2332a(a)(2)
18 U.S.C. § 2332b(a)(2)

UNITED STATES OF AMERICA

vs.

ALLAN GUEDES SHARIF,

Defendant.
_____/

FILED by _____ D.C.
MAG. SEC.

SEP 2 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about March 27, 2007, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ALLAN GUEDES SHARIF,**

without lawful authority, knowingly threatened to use a weapon of mass destruction, specifically a destructive device as that term is defined in Title 18, United States Code, Section 921, against any person and property within the United States, such property being used in interstate and foreign commerce, in an activity that affected interstate and foreign commerce, using a facility of interstate and foreign commerce in furtherance of the offense, and the offense and the results of the offense affected interstate and foreign commerce, in violation of Title 18, United States Code, Section 2332a(a)(2).

## COUNT 2

On or about March 27, 2007, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ALLAN GUEDES SHARIF,**

knowingly threatened to kill, maim, commit an assault resulting in serious bodily injury upon, and assault with a dangerous weapon any person within the United States, and knowingly threatened to create a substantial risk of bodily injury to any person by destroying and damaging a structure and other real and personal property within the United States, in violation of the laws of the State of Florida and of the United States, in circumstances involving conduct transcending national boundaries, and used a facility of interstate and foreign commerce in furtherance of the offense, and the offense obstructed, delayed, and affected interstate and foreign commerce, in violation of Title 18, United States Code, Section 2332b(a)(2).

## COUNT 3

On or about March 27, 2007, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ALLAN GUEDES SHARIF,**

knowingly threatened to kill, maim, commit an assault resulting in serious bodily injury upon, and assault with a dangerous weapon any person within the United States, in violation of the laws of the State of Florida and of the United States, in circumstances involving conduct transcending national boundaries, and used a facility of interstate and foreign commerce in furtherance of the offense, and the offense obstructed, delayed, and affected interstate and foreign commerce, in violation of Title 18, United States Code, Section 2332b(a)(2).

## COUNT 4

On or about March 27, 2007, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ALLAN GUEDES SHARIF,**

knowingly threatened to kill, maim, commit an assault resulting in serious bodily injury upon, and assault with a dangerous weapon any person within the United States, in violation of the laws of the State of Florida and of the United States, in circumstances involving conduct transcending national boundaries, and used a facility of interstate and foreign commerce in furtherance of the offense, and the offense obstructed, delayed, and affected interstate and foreign commerce, in violation of Title 18, United States Code, Section 2332b(a)(2).

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
MATTHEW S. AXELROD
ASSISTANT UNITED STATES ATTORNEY

_____
JAMES M. KOUKIOS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ALLAN GUEDES SHARIF,

            **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)    Yes _____ No _____
Number of New Defendants _____
Total number of counts _____

**Court Division:** (Select One)

_X_ Miami    ___ Key West
___ FTL    ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _Yes_
   List language and/or dialect _Portugese_

4. This case will take _5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)     (Check only one)

   I   0 to 5 days    _X_     Petty _____
   II   6 to 10 days    _____     Minor _____
   III  11 to 20 days    _____     Misdem. _____
   IV  21 to 60 days    _____     Felony _X_
   V   61 days and over    _____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? _____ Yes _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _____ Yes _X_ No
   If yes, was it pending in the Central Region? _____ Yes _____ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? _____ Yes _X_ No

11. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes _X_ No

                            _/s/ Matthew S. Axelrod_
                            MATTHEW S. AXELROD
                            ASSISTANT UNITED STATES ATTORNEY
                            Florida Bar No. A5500771

*Penalty Sheet(s) attached                                             REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Allan Guedes Sharif

**Case No:**

Count #: 1

Threatening to use weapons of mass destruction

18 U.S.C. Section 2332a(a)(2)

\* **Max.Penalty:** Life imprisonment

Count #: 2

Threatening act of terrorism transcending national boundaries

18 U.S.C. Section 2332b(a)(2)

\*Max. Penalty: 10 years imprisonment

Count #: 3

Threatening act of terrorism transcending national boundaries

18 U.S.C. Section 2332b(a)(2)

\*Max. Penalty: 10 years imprisonment

Count #: 4

Threatening act of terrorism transcending national boundaries

18 U.S.C. Section 2332b(a)(2)

\*Max. Penalty: 10 years imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.