UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO: 07-20775-CR-GOLD

        Plaintiff,

vs.

ALLAN GUEDES SHARIF,

        Defendant(s).
_____/

## SEALED ORDER TRANSFERRING DEFENDANT
## TO FUGITIVE STATUS

On September 27, 2007, a **sealed** indictment was filed herein and under the regular procedure for case assignment the case was assigned to the undersigned.

A review of the docket sheet reveals that a warrant of arrest was issued for the defendant. The defendant, not having been arrested, is hereby transferred to fugitive status.

**DONE AND ORDERED**, at Miami, Florida, this _____26th_____ day of October, 2007.

                                        UNITED STATES DISTRICT JUDGE
                                        ALAN S. GOLD

cc:    AUSA Matthew S. Axelrod
        AUSA James M. Koukios