UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20775-CR-GOLD

UNITED STATES OF AMERICA

vs.

ALLAN GUEDES SHARIF,

    Defendant.
_____/

## MOTION TO UNSEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the indictment, arrest warrant, and any related orders in this matter be UNSEALED.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
MATTHEW S. AXELROD
Court ID# A5500771
Assistant United States Attorneys
99 N.E. 4th Street
Miami, Florida  33132
Tel: (305) 961-9021
Fax: (305) 536-4675