UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
400 North Miami Avenue
Miami, FL 33128-7788
305-523-5200

Steven Larimore
Clerk of Court



February 1, 2010

Allan Guedes Sharif
E.P.R. Guarda
Estrada do Forte
6301-853 Guarda
Portugal

Re: U.S.A. vs. Sharif, Case No. 07-20775-CR-GOLD

Dear Mr. Sharif:

    This is to acknowledge receipt of your letter [DE 10] dated November 20, 2009, in which you request a copy of the indictment in this case.

    Enclosed please find a copy of the indictment and docket sheet in this cause. I trust the information provided will be of assistance to you.

Sincerely,

Jacob M. Hasbun,
Courtroom Deputy to Judge Alan S. Gold
305.523.5584
305.523.5589 fax